JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MOORE,<br><br>          Plaintiff,<br><br>    v.<br><br>ADMEDIARY LLC, et al.,<br><br>          Defendants. | Case No. 2:23-cv-03325-FLA (AGRx)<br><br>**ORDER DISMISSING ACTION [DKT. 21]** |

1

On August 9, 2023, Plaintiff Timothy Moore ("Plaintiff") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 21. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims.

IT IS SO ORDERED.

Dated: December 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge